UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **'07 MJ 2895** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| **Gabriel RAMOS-Ramos** | Title 18, U.S.C., Section |
| Aka: Luis Daniel MATIAS-Lopez | 911-False Claim to United States Citizenship |
| Defendant. | Title 18, U.S.C., Section 1546 (b)(1) Fraud and misuse of visas, permits, and other documents |

The undersigned complainant being duly sworn states:

## Count 1

On or about **December 13, 2007**, within the Southern District of California, defendant **Gabriel RAMOS-Ramos AKA: Luis Daniel MATIAS-Lopez**, did falsely and willfully represent to an officer of the United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the united States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

## Count 2

On or about **December 13, 2007**, within the Southern District of California, defendant **Gabriel RAMOS-Ramos AKA: Luis Daniel MATIAS-Lopez**, an alien, in applying for entry to the United States at the Otay Mesa, California, Port of Entry, used an identification document, knowing, or having reason to know, that the document was not issued lawfully for the use of the possessor, in violation of Title 18, United States Code, Section 1546 (b)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **14th** day of **December 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On **December 13, 2007** at approximately **11:30 AM, Gabriel RAMOS-Ramos AKA: Luis Daniel MATIAS-Lopez (Defendant)** attempted to enter the United States from Mexico at the Otay Mesa, California Port of Entry, pedestrian facility. Defendant claimed to be a United States Citizen born in Puerto Rico and presented a California identification card (D8555841) bearing his picture and the name Luis Daniel MATIAS-Lopez as his entry document to a Customs and Border Protection (CBP) Officer. The CBP Officer received two negative customs declarations from Defendant. During additional questioning, the CBP Officer received inconsistent answers from Defendant. The CBP Officer escorted Defendant to the secondary area for further inspection.

While conducting a personal search of Defendant, a CBP Officer discovered a wallet that contained a Puerto Rican birth certificate (D0008263) bearing the name Luis Daniel MATIAS-Lopez. Further inspection of Defendant's shoes revealed a Mexican Passport (06859407344) and a Mexican Consular identification card (4567114), both bearing the name Gabriel RAMOS-Ramos.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he is a citizen and native of Mexico by virtue of birth in Puebla, Puebla, Mexico and has no legal entitlements that would permit him legal entry into the United States. Defendant stated he was going back to the United States to resume residency and employment. Defendant stated his true name is Gabriel RAMOS-Ramos and has used the identity of Luis Daniel MATIAS-Lopez for approximately the last two years. Defendant further admitted he falsely claimed to be a United States citizen. Defendant also admitted he has used Luis Manuel MATIAS-Lopez' identity to gain entry and obtain employment in the United States.

Defendant also admitted he obtained the California identification he presented to the CBP Officer in Long Beach, CA. Defendant admitted he obtained the California identification card by presenting a Puerto Rican birth certificate and social security card at a Department and Motor Vehicles (DMV), knowing that those documents did not belong to him.