FILED
JAN - 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0048 DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |
| GABRIEL RAMOS-RAMOS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 13, 2007, within the Southern District of California, defendant GABRIEL RAMOS-RAMOS, did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Inspector Sandra Johansen, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: January 8, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:San Diego
12/21/2007