AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| GABRIEL RAMOS-RAMOS | 08CR 0048-DMS |
| | CASE NUMBER: 07MJ2895 |

I, <u>GABRIEL RAMOS-RAMOS</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/8/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gabriel Ramos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER